IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **IN RE THE APPLICATION OF** ) <br> **THE BALTIMORE SUN FOR ACCESS TO** ) <br> **CERTAIN SEALED COURT RECORDS** ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Misc. Action No. 1:18-cv-02444-CCB <br><br> Related to: <br> Criminal Nos. 1:17-cr-00106-CCB-1 <br> 1:17-cr-00106-CCB-2 <br> 1:17-cr-00106-CCB-3 <br> 1:17-cr-00106-CCB-4 <br> 1:17-cr-00106-CCB-5 <br> 1:17-cr-00106-CCB-6 <br> 1:17-cr-00106-CCB-7 <br> 1:17-cr-00452-CCB-1 |

## NOTICE OF APPEARANCE

Please enter the appearance of Lisa Zycherman of the law firm of Davis Wright Tremaine LLP on behalf of The Baltimore Sun.

DATED:  August 13, 2018

Respectfully submitted,

    */s/ Lisa Zycherman*
Lisa B. Zycherman (D. Md. Bar No. 16969)
lisazycherman@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C.  20006-3401
Ph:  (202) 973-4200; Fax:  (202) 973-4499

*Attorney for The Baltimore Sun*