UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| IN RE THE APPLICATION OF THE BALTIMORE SUN FOR ACCESS TO CERTAIN SEALED COURT RECORDS | 18-CV-2444-CCB <br><br> Related To Misc. Nos. <br> 16-152 <br> 16-189 <br> 16-306 <br> 16-307 <br> 16-mc-633 <br> 16-641 <br> 16-mc-363 <br> 16-mc-634 <br> 16-mc-744 <br> 16-778 <br> 16-2035-ADC <br> 16-2103-JMC <br> 16-2238-SAG <br> 16-2855-BPG <br> 16-3369-SAG <br> 17-158 <br> 17-159 <br> 17-587-SAG to 17-601-SAG <br> 17-602-SAG <br> 17-623-SAG <br> 17-624-SAG |
|---|---|

## ORDER

Upon consideration of the Government's motion to unseal documents covered by the Application of the Baltimore Sun for Access to Certain Sealed Court Records (Document No. 1, filed August 10, 2018), as redacted by the Government, for the reasons set forth in the Government's motion and for good cause shown,

It is hereby ORDERED that the Government's motion is GRANTED, and that the documents identified in the above-captioned cases, as redacted by the Government to protect the

privacy of the individuals involved, be UNSEALED and placed on the public record.

Nov. 16, 2018
DATE

_____
STEPHANIE A. GALLAGHER
UNITED STATES MAGISTRATE JUDGE