UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

November 19, 2018

MEMORANDUM TO COUNSEL

In Re: *The Application of the Baltimore Sun for Access to Certain Sealed Court Records*
Civil No. CCB-18-2444

Dear Counsel:

Considering the Order to unseal documents entered on November 16, 2018, please advise the court by November 29, 2018 if there is any reason this case should not be closed.

Sincerely yours,

/S/ *CCB*

Catherine C. Blake
United States District Judge