

1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC  20006-3401

**Lisa B. Zycherman**
202.973.4280  tel
202.973.4499  fax
lisazycherman@dwt.com

December 6, 2018

The Honorable Catherine C. Blake
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

Re:   *In Re The Application of The Baltimore Sun for Access to Certain Sealed Court Records*, D. Md. No. 1:18-cv-02444-CCB

Dear Judge Blake,

We are responding to the Court's Notice of November 19, 2018.

In light of the two productions made to The Baltimore Sun by the government we see no need for further proceedings and agree that the case may be closed.

Sincerely,

Lisa B. Zycherman

Counsel for The Baltimore Sun